NIMA FARBOODY (CA BAR NO. 262371)
20255 Corisco St.
Chatsworth, CA 91311
Tel: 818-886-3200
Email: nfarboody@mazalent.com

Attorney for MAZAL GROUP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC, a California Limited Liability Company<br><br>    Plaintiff,<br><br>vs.<br><br>BILLY ROGER DIMAS, an individual; and DOES 1 to 10,<br><br>    Defendants. | Case no.: 2:18-cv-6219-RGK-JEM<br><br>**DECLARATION OF SHAWN ODED IN SUPPORT OF THE FINDING OF REASONABLENESS OF LIQUIDATED DAMAGES.** |

I, Shawn Oded, declare the following:

1. I am the Executive Director of Mazal Group and oversea much of its operation.
2. I have intimate knowledge of our sales, contracts, clients and the impact of grey market sales on our market strategy and client relations.
3. In our contracts, our liquidated damages provision is set to a total of one hundred thousand dollars.
4. The provision itself is in bold print, with an initial required next to it. Also, the provision is orally stated to clients before signing.
5. Among the provisions that entitle Mazal Group to liquidated damages is the violation of Section 1 sales channels, in particular Section 1.03.
6. The full scope of the damages due to a violation of Section 1.03 are difficult to measure.

7. At least three large online sellers have been associated to Billy Dimas by tracing their inventory to Billy Dimas' via product serial numbers. Dimas had an inventory of over 200 Vine Vera® Non-Surgical Syringe™ and 200 Vine Vera® Day Creams.
8. The Vine Vera® Non-Surgical Syringe™ and Vine Vera® Day Creams retails on their respective websites which are authorized for those sales, for nine-hundred, ninety-five dollars ($995.00) and one hundred and forty-six ($146.00), respectively.
9. The loss of the ability to sell these products have done harm to Mazal Group, in the form of lost sales in excess of two hundred and thirty thousand US dollars ($230,000.00).
10. Grey market sales discourage potential, new, and current clients from doing business with us because they view us as incapable of controlling our distribution networks and price maintenance.
11. Often the price and distribution competitions among our distributors harms our image and relations, therefore damaging our sales and marketability.
12. The reason why our liquidated damages are one hundred thousand dollars is due to the fact that, roughly, our typical sales per one client per year is one hundred thousand dollars. Additionally, the average online resellers sells about one hundred units of products which sell at MSRP at an average of one thousand US dollars ($1,000.00). Our brands are luxury skincare products and demand a premium for their quality and reputation.
13. We make the liquidated damages provision in that amount to estimate that we would lose one client per violation caught. That does not, obviously include those who go uncaught and this estimation is a very conservative number.
14. Grey market and sales channel violations do substantial harm to our business by poisoning relations with other clients, doing damage to our distribution channels and doing damage to our price maintenance structures.
15. No less than twenty wholesale clients have ceased business with Mazal Group or have threatened to cease business with Mazal Group due to such grey market sales.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th of May, 2019 in Chatsworth, California.

Shawn Oded, Executive Director of Mazal Group, LLC