NIMA FARBOODY (CA BAR NO. 262371)
20255 Corisco St.
Chatsworth, CA 91311
Tel: 818-886-3200
Email: nfarboody@mazalent.com

Attorney for MAZAL GROUP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>BILLY ROGER DIMAS, an individual and DOES 1 to 10,<br><br>Defendants. | Case no.: 2:18-cv-7548 GW (AFMx)<br><br>**Declaration of Allyson Langford in Support of Plaintiff's Motion for Default Judgement For Billy Roger Dimas** |

I, Allyson Langford, declare the following:

1. I work in the license enforcement department in Mazal Group, LLC, the Plaintiff in the instant case.
2. I worked in the license enforcement department during the relevant period referred to in this case.
3. Billy Roger Dimas lied to representatives of Mazal Group when he said he opened a Licensed Location according to the agreement he signed with us (attached as Exhibit A).
4. Photos of the "location" did not match the actual location and we concluded we were being lied to so that he may purchase the products we sell to retailers as a substantial discount and sell to online resellers.
5. Afterwards, my department received products from professional online retailers of cosmetic goods (including, on or about July 30, 2018, from Amazon seller

Declaration of Allyson Langford
1

"MØVAL" and others), as part of its normal routine license sweep to police sales channels.
6. Our products have serial numbers that are recorded when sold to a client. If our products appear somewhere in a sales channel that they are not supposed to, we can trace that product to a client that we sold it to.
7. My department traced these products (in ¶5) to inventory sold by us to the Defendant, Billy Dimas, by using their serial numbers.
8. Billy Roger Dimas, our client at the time, was approved to sell in physical locations, and not online, either directly or indirectly and not to these professional resellers, only end users/customers.
9. It is in my professional opinion that Billy Dimas was irrefutably selling to wholesalers/resellers in substantial quantities in violation of his contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th of February, 2019 in Chatsworth, California.

_____
Allyson Langford, License Enforcement, Mazal Group, LLC